LAW OFFICE OF
JESSE M. SIEGEL

(Tel) 212-207-9009                    299 Broadway, Suite 800
(Fax) 212-619-6742                    New York, New York 10007            JesseMSiegel@aol.com

December 17, 2021

**BY ECF**

Hon. John G. Koeltl, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

```
Application granted. SO ORDERED.
New York, NY              /s/ John G. Koeltl
December 18, 2021         John G. Koeltl, U.S.D.J.
```

Re: *United States v. Deibi Sanchez*, 21 Cr. 336 (JGK).

Dear Judge Koeltl:

As counsel to Deibi Sanchez, defendant herein, I request that the travel restrictions in his conditions of release be temporarily modified to permit him to travel to Bloomfield, New Jersey on December 24, 2021, to visit his brother, Juan Sanchez, for the holiday. He is currently released on a $100,000.00 PRB, with travel restricted to the Southern and Eastern Districts of New York.

I have spoken with U.S. Pretrial Officer Stephen Boose, who supervises Mr. Sanchez, and A.U.S.A. Brandon D. Harper, who is prosecuting him. Neither objects to this request.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel